IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BOBBY HILLMAN,

    Plaintiff,

v.

POLICE OFFICER ALICIA RUSSELL,

    Defendant.

Civil No. 07-785-AS

ORDER

ASHMANSKAS, Magistrate Judge.

IT IS ORDERED that Plaintiff's Motion to Dismiss My Case (#14) is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED this __30th__ day of October, 2007.

                              /s/ Donald C. Ashmanskas
                                 Donald C. Ashmanskas
                                 United States Magistrate Judge